FILED
CLERK, U.S. DISTRICT COURT

FEB 12 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN DE BOES, | NO. CV 07-5373-DSF(E) |
| Petitioner, | |
| v. | JUDGMENT |
| D. K. SISTO, Warden, | |
| Respondent. | |

Pursuant to the Revised Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _February 8_, 2008.

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE